# IN THE SUPREME COURT OF THE STATE OF NEVADA

LANDIOUS HINTON,
Appellant,

vs.

APRIL SUMNER,
Respondent.

No. 69543

FILED

NOV 04 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On August 12, 2016, this court removed appellant's attorney as counsel, and we directed appellant, within 45 days, to either retain new counsel and cause counsel to enter a notice of appearance or to inform this court that he intends to proceed in this appeal in pro se. We cautioned appellant that failure to respond to our order could result in dismissal of the appeal. To date, appellant has not responded to our order, and no counsel has entered an appearance on his behalf; accordingly, we conclude that appellant abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                        Pickering

cc:  Hon. Cheryl B. Moss, District Judge, Family Court Division
     Landious Hinton
     Michael P. Rhodes
     Eighth District Court Clerk

16-34509